IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE SHEPHERD,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**ANNE MARIE COYLE,**<br>　　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br>**NO.  21-1591** |

**O R D E R**

**AND NOW**, this 15th day of June, 2021, upon consideration of Tyrone Shepherd's *pro se* Complaint (ECF No. 1), it is **HEREBY ORDERED** that:

1. Shepherd's Complaint is **DISMISSED WITH PREJUDICE**.

2. The Clerk of Court shall **TERMINATE** this case and mark it **CLOSED**.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**